■　In the Matter of ZELMA B., A Person Alleged to be in Need of Supervision, Appellant.— In a proceeding under article 7 of the Family Court Act, order of the Family Court, Kings County, dated May 14, 1971, which adjudged appellant to be a person in need of supervision and placed her on probation, reversed, on the law and the facts, without costs, and proceeding remitted to the Family Court for a *de novo* fact-finding hearing on the allegations contained in the petition. The record shows that at the fact-finding hearing, appellant was not given the required warning of her right to remain silent (Family Ct. Act, § 741). Munder, Acting P. J., Shapiro, Gulotta, Christ and Benjamin, JJ., concur.

■　In the Matter of the Estate of SAMUEL BURSTEIN, Deceased. HANNAH BURSTEIN et al., Respondents; RUTH TEICH, Appellant.— Order of the Surrogate's Court, Queens County, dated September 2, 1971, affirmed, without costs. We have considered the records of the former Domestic Relations Court and are of the opinion that appellant's contentions with regard to these records are without merit. Rabin, P. J., Munder, Martuscello, Latham and Benjamin, JJ., concur.